# JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, <br><br> Plaintiff <br><br> v. <br><br> P & R PALLETS, INC.; NATIONWIDE PALLETS, INC,; and JOSE JUAN REYES A/K/A/ JUAN REYES, <br><br> Defendants. | Case No. 2:15-cv-04141 – DDP <br><br> ORDER STAYING PROCEEDINGS |

The Court, having reviewed and considered the joint stipulation entered into by and between the Plaintiff, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and Defendants, P & R PALLETS, INC., NATIONWIDE PALLETS, INC., and JOSE JUAN REYES, and good cause appearing therefrom:

IT IS HEREBY ORDERED all litigation in this case is stayed, including all briefing deadlines and discovery obligations, from January 20, 2017, through August 1, 2018. This action is removed from the Court's active caseload until further application by the parties or Order of this Court. The Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

IT IS SO ORDERED.

Dated: July 12, 2017

_____
U.S. DISTRICT JUDGE